

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Jesus Daniel Hernandez,

Vs. No. 11-15-00095-CR

The State of Texas,

* From the 385th District Court
  Of Midland County, Texas
  Trial Court No. CR37498.

* May 14, 2015

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.